IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

WILLITS UNIFIED SCHOOL DISTRICT,

    Defendant.

No. C 09-03655 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on March 12, 2010 on Defendants' motion for judgment on the pleadings. The Court HEREBY ORDERS that an opposition to the motions shall be filed by no later than January 19, 2010 and a reply brief shall be filed by no later than January 26, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE