1
2
3
4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\* \* \* \* \* \*

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., ) Guardian ad Litem )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLITS UNIFIED SCHOOL DISTRICT, )<br>WILLITS CHARTER SCHOOL, )<br>SALLY RULISON, CLINT SMITH )<br>and DOES 1 through 40. )<br>)<br>)<br>Defendants. )<br>_____ ) | CASE NO.:  CV 09-3655 JSW<br><br>**ORDER RE:**<br>**PLAINTIFF'S MOTION AND**<br>**STIPULATION TO AMEND**<br>**BRIEFING SCHEDULING ORDER FOR**<br>**DEFENDANTS, WILLITS CHARTER**<br>**SCHOOL AND SALLY RULISON'S**<br>**MOTION FOR JUDGMENT ON THE**<br>**PLEADINGS** |

ORDER

By stipulation of the parties ~~Satisfactory proof having been made~~ and good cause appearing,

IT IS ORDERED THAT the scheduling order (Doc 20), is extended as follows:

This matter is set for a hearing on March 12, 2010 on Defendants' motion for judgment on the pleadings. The opposition to the motions shall be filed by no later than February 1, 2010 and a reply brief shall be filed by no later than February 8, 2010.

**IT IS SO ORDERED.**

Dated: January 20, 2010

_/s/ Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE