1  JEANINE B. NADEL, County Counsel SBN 106996
   DOUGLAS L. LOSAK, Chief Deputy SBN 220443
2  County of Mendocino - Administration Center
   501 Low Gap Road, Room 1030
3  Ukiah, CA 95482

4  Telephone: (707) 463-4446
   Facsimile:  (707) 463-4592
5
   Attorneys for County of Mendocino
6    District Attorney's Office

7                  UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9

10 JANE DOE, a minor, through KRISTEN D.,  )  No. CV-09-3655 JSW
   Guardian ad Litem                       )
11                                          )
       Plaintiff,                           )
12                                          )
       v.                                   )  PROTECTIVE ORDER
13                                          )
   WILLITS UNIFIED SCHOOL DISTRICT,         )
14 WILLITS CHARTER SCHOOL, SALLY            )
   RULISON, CLINT SMITH and DOES 1          )
15 through 40                               )
16                                          )
       Defendants.                          )
17

18 TO: THE ABOVE-MENTIONED PARTIES AND THEIR ATTORNEYS OF RECORD:

19     The Parties hereby agree to the following protective order:

20     1.     All parties are prohibited from knowingly copying, duplicating,
21 reproducing, or authorizing another to copy, duplicate, or reproduce, the information
22 disclosed from the Mendocino County District Attorney Investigation reports dated
23 January 21, 2009 and April 1, 2009 regarding an investigation into the conduct of
24 Clinton Smith provided to all parties by Mendocino County in response to a lawfully
25 issued subpoena, except as provided below in paragraphs 3-5;

26     2.     All parties are prohibited from conveying, transferring, publishing,
27 distributing, or authorizing another to convey, transfer, publish, or distribute the
28 information from the Mendocino County District Attorney Investigation reports dated

                              -1-
                        PROTECTIVE ORDER

1  January 21, 2009 and April 1, 2009 regarding an investigation into the conduct of
2  Clinton Smith provided to all parties by Mendocino County in response to a lawfully
3  issued subpoena except as such disclosure may be further ordered by the Court or as
4  provided below in paragraphs 3-5;
5      3.    Use of the information disclosed from the above-described reports is
6  limited to the prosecution or defense of this matter and neither the parties nor their
7  attorneys, nor any other individual, shall utilize it in any other proceeding of any type;
8      4.    The information disclosed may be used in court proceedings including
9  as deposition exhibits under seal; and,
10      5.    Use of the information disclosed from the above-described reports is
11  limited to the parties and their attorneys of record in this case, and to any experts
12  employed by said attorneys, and nobody shall divulge it, either in writing or orally, to
13  persons not having a need for, or access to, (including the media), the disclosed
14  material for any purpose whatsoever, including for the purposes of preparing this
15  matter for trial.

Edith D. Lerman, Esq.
Attorney for Plaintiff
Dated: February 19, 2010

J. David Nick, Esq.
Attorney for Plaintiff
Dated: February 19, 2010

Katherine A. Alberts, Esq.
Attorney for Defendants Willits Charter
School and Sally Rulison
Dated: February 22, 2010

Daniel F. Crowley, Esq.
Attorney for Defendant Clint Smith
Dated: February 22, 2010

-2-
PROTECTIVE ORDER

_[signature]_
Timothy P. Murphy, Esq.
Attorney for Defendant Willits Unified
School District

Dated: February 19, 2010

IT IS SO ORDERED:

Dated: February 23, 2010

_[signature: Jeffrey S. White]_
UNITED STATES DISTRICT COURT JUDGE

-3-
PROTECTIVE ORDER