IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

  v.

WILLITS UNIFIED SCHOOL DISTRICT,

    Defendant.

No. C 09-03655 JSW

**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Now before the Court is the motion filed by Plaintiff for leave to file a motion for reconsideration of this Court's order granting Defendants' motion for judgment on the pleadings. Having carefully considered the motion and the relevant legal authority, the Court hereby GRANTS Plaintiff's motion for leave to file a motion for reconsideration based on the emergence of new facts.

Plaintiff may file a motion for reconsideration not to exceed 15 pages by no later than March 19, 2010. Defendants shall file an opposition not to exceed 15 pages by no later than April 2, 2010. A reply not to exceed 10 pages, if any, shall be filed no later than April 9, 2010. Should the Court deem it necessary to hold a hearing on the motion, it will set such hearing by separate order.

**IT IS SO ORDERED.**

Dated: March 16, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE