IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., guardian ad litem,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLITS UNIFIED SCHOOL DISTRICT, ET AL.,<br><br>    Defendants. | No. C 09-03655 JSW<br><br>**ORDER REFERRING DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the letter dated April 1, 2010 and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom