TIMOTHY P. MURPHY, ESQ. (120920)
DOLORES M. DONOHOE, ESQ. (111432)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant WILLITS UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1-40,<br><br>Defendants. | CASE NO.: CV 09-3655 JSW<br><br>PROTECTIVE ORDER |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and it appearing that discovery in this action will involve the disclosure of confidential information, it is hereby stipulated by and between plaintiff JANE DOE, a minor, through KRISTEN D., Guardian ad Litem and defendants, through their respective counsel, and ordered that the following protective order be entered to give effect to the terms and conditions set forth below:

1. The documents being produced in response to Plaintiffs Demand for Production of Documents and Things for Inspection and Copying, Set One to WILLITS UNIFIED SCHOOL DISTRICT, Request Nos. 3, 4, 32 and 33 contain information protected by the attorney client privilege, individual's rights of privacy found in the United States and California Constitutions, Evidence Code Section 1040 and California Government Code Section 6254(c).

1

[PROPOSED] PROTECTIVE STIPULATION AND PROTECTIVE ORDER

2. This protective order shall apply to all protected information described in Paragraph 1.

3. All protected information produced and designated as confidential hereunder shall have stamped or affixed on each page that contains protected information the term "CONFIDENTIAL".

4. All protected information produced pursuant to this Protective Order may be disclosed only to the following:

    a. Outside counsel for the receiving party and their clerical and paralegal staffs and litigation support providers (for example, outside copy services, coding and imaging vendors, graphic art and visual aid providers, or jury consultants) whose duties and responsibilities require access to Protected Information;

    b. Plaintiff and the Defendants who agree not to disclose said information to persons not parties to this lawsuit, their counsel or experts and consultants;

    c. Experts and consultants who are requested by counsel of the receiving party to furnish technical, legal, expert, or other specialized services in connection with this litigation;

    d. An officer before whom a deposition is taken, including stenographic reporters and any necessary secretarial, clerical, or other lay personnel of such officer; and

    e. Any other person to whom the parties agree in writing or as allowed by the Court.

5. If protected information produced in accordance with this order is disclosed to any person other than in the manner authorized by this order, the party responsible for the disclosure shall immediately bring all pertinent facts relating to such disclosure to the attention of all counsel of record and, without prejudice to other rights and remedies available to the producing party, make every effort to obtain the return of the disclosed protected information and prevent further disclosure of it by the person who was the recipient of such information.

6. Unless otherwise agreed or ordered by the court, within ninety (90) calendar days after the termination of this action, Case no. CV09-3655JSW, including any and all appeals therefrom,

2

[PROPOSED] PROTECTIVE STIPULATION AND PROTECTIVE ORDER

attorneys for the receiving party shall destroy all protected information received from the other parties to this litigation or third parties hereunder, and provide the other parties with written verification of such destruction. Notwithstanding this provision, outside counsel for each party may maintain for archival purposes one copy of all pleadings, transcripts, exhibits and written discovery responses, including portions designated under this protective order. Prompt written notice shall be given to a party who produced protected information hereunder if that party's protected information is sought by any person not a party to this litigation, by subpoena in another action, or by service with any legal process. Any person seeking such protected information who takes action to enforce such subpoena or other legal process shall be apprised of this order.

7. This order may be changed only by the written agreement of the parties or further order of the court, and is without prejudice to the rights of a party to seek relief from or variation of any of its provisions.

_____  Dated: May 18, 2010
Editte D. Lerman, Esq.
Attorney for Plaintiff

_____  Dated: May 18, 2010
J. David Nick, Esq.
Attorney for Plaintiff

_____  Dated: May 18, 2010
Marina Pitts, Esq.
Attorney for Defendants Willits Charter
School and Sally Rulison

_____  Dated: May ___, 2010
Daniel F. Crowley, Esq.
Attorney for Defendant Clint Smith

_____  Dated: May ___, 2010

3
[PROPOSED] PROTECTIVE STIPULATION AND PROTECTIVE ORDER

1 attorneys for the receiving party shall destroy all protected information received from the other
2 parties to this litigation or third parties hereunder, and provide the other parties with written
3 verification of such destruction. Notwithstanding this provision, outside counsel for each party
4 may maintain for archival purposes one copy of all pleadings, transcripts, exhibits and written
5 discovery responses, including portions designated under this protective order. Prompt written
6 notice shall be given to a party who produced protected information hereunder if that party's
7 protected information is sought by any person not a party to this litigation, by subpoena in another
8 action, or by service with any legal process. Any person seeking such protected information who
9 takes action to enforce such subpoena or other legal process shall be apprised of this order.

10     7. This order may be changed only by the written agreement of the parties or further
11 order of the court, and is without prejudice to the rights of a party to seek relief from or variation
12 of any of its provisions.

---

Editte D. Lerman, Esq.
Attorney for Plaintiff

Dated: May ____, 2010

---

J. David Nick, Esq.
Attorney for Plaintiff

Dated: May ____, 2010

---

Marina Pitts, Esq.
Attorney for Defendants Willits Charter
   School and Sally Rulison

Dated: May ____, 2010

---

[signature]
Daniel F. Crowley, Esq.
Attorney for Defendant Clint Smith

Dated: May 19, 2010

---

Dated: May ____, 2010

3
[PROPOSED] PROTECTIVE STIPULATION AND PROTECTIVE ORDER

_____                    Dated: May 25, 2010
Timothy P. Murphy, Esq.
Attorney for Defendant Willits Unified
   School District

IT IS SO ORDERED:

Dated: May __27__, 2010

_____
                                            Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE