```
1  LOUIS A. LEONE (SBN: 099874)
   MARINA B. PITTS (SBN: 120973)
2  **STUBBS & LEONE**
3  A Professional Corporation
   2175 N. California Blvd., Suite 900
4  Walnut Creek, CA  94596
   Telephone:   (925) 974-8600
5  Facsimile:   (925) 974-8601
6
   Attorneys for Defendants
7  WILLITS CHARTER SCHOOL and
   SALLY RULISON
8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1-40,<br><br>Defendants. | Case No.:  CV 09-3655 JSW<br><br>STIPULATION AND ORDER TO ALLOW MENTAL EXAMINATION OF THE PLAINTIFF JANE DOE<br><br>Trial Date:  November 1, 2010<br><br>Exam Date: July 7, 2010<br>Time:         10:00 a.m.<br>Location:    3841 24th Street<br>                    San Francisco, CA |

THE PLAINTIFF AND DEFENDANTS WILLITS CHARTER SCHOOL AND SALLY RULISON, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

    1.    That plaintiff JANE DOE, a minor, by and through her guardian ad litem, KRISTEN D., undergo a mental examination pursuant to FRCP 35, as plaintiff has placed her mental condition in controversy;

    2.    That the examination occur on July 7, 2010 at 10:00 a.m. with Dr. Anlee Kuo, M.D. at 3841 24th Street in San Francisco, California; Dr. Kuo's CV is attached hereto as Exhibit A.

3. That said examination will consist of an oral interview and evaluation of the plaintiff, and obtaining of a developmental and psychological history regarding the plaintiff from plaintiff's mother/guardian ad litem, and will not exceed 4 hours.

4. That said examination will not consist of any tests or procedures which would be painful, protracted or intrusive to the plaintiff.

**IT IS SO STIPULATED:**

Date: May 28, 2010

**LAW OFFICES OF E.D. LERMAN**

_____
E.D. LERMAN, ESQ.
Attorneys for Plaintiff JANE DOE

Date: MAY 28, 2010

**LAW OFFICES OF J. DAVID NICK**

_____
J. DAVID NICK, ESQ.
Attorneys for Plaintiff JANE DOE

Date: June 7, 2010

**STUBBS & LEONE**

_____
MARINA B. PITTS, ESQ.
Attorney for Defendants
WILLITS CHARTER SCHOOL,
SALLY RULISON

**IT IS SO ORDERED:**

Date: June 14, 2010

IT IS SO ORDERED
Judge Donna M. Ryu

_____
MAGISTRATE OF THE U.S. DISTRICT COURT

# EXHIBIT A

CURRICULUM VITAE

Prepared 3-17-10

**Name:** Anlee Kuo, J.D., M.D.

**Address:** 3841 24th Street
San Francisco, CA 94114

177 Bovet Road
San Mateo, CA 94402

**Phone:** (415) 516-3621

## EDUCATION:

| Dates | Institution Attended & Location | Degree or Status | Major Subject |
|---|---|---|---|
| Summer 1984 | Minzu National Language Institute, Beijing, China | Completed | Chinese language and history |
| 1984-88 | Dartmouth College, Hanover, NH | B.A., *cum laude* | Asian Studies |
| 1989-92 | New York University School of Law, New York, NY | J.D. | Law |
| 1994-98 | Johns Hopkins University Medical School, Baltimore, MD | M.D. | Medicine |
| 1998-99 | University of California, San Francisco | Pediatric Internship | Pediatrics |
| 1999-02 | University of California, San Francisco, Department of Psychiatry | Residency | Psychiatry |
| 2002-03 | University of California, San Francisco, Child and Adolescent Psychiatry Fellowship | Child Fellow | Psychiatry |
| 2003-04 | University of California, San Francisco, Forensic Psychiatry Fellowship | Forensic Fellow | Psychiatry |

## EMPLOYMENT:

| 1991 | Rogers and Wells |
| | Legal Assistant |
| 1992-93 | Long Island University |

|  |  |
|---|---|
|  | Laboratory Assistant |
| 2000-01 | Saint Luke's Hospital |
|  | Part-time Psychiatrist on the Inpatient Adult Psychiatry Unit |
| 2001 | San Mateo County Hospital |
|  | Part-time Psychiatrist in Psychiatric Emergency Services and the Adult Inpatient Psychiatry Unit |
| 2004-2006 | San Mateo County Mental Health |
|  | Staff Member, Adult, Child and Adolescent Psychiatrist |
| 2004- | Private Practice |
|  | Adult, Child, Adolescent and Forensic Psychiatrist |

**HONORS AND AWARDS:**

| | |
|---|---|
| 1987 | Cobra Senior Honor Society (one of twenty women honored by the Class Dean for "outstanding contributions to the Dartmouth community") |
| 1987 | Xerox grant to study acupuncture in China |
| 1987-88 | Rufus Choate Scholar (top 5 percent of undergraduate class at Dartmouth College) |
| 1990 | *Journal of International Law and Politics,* Editorial Staff |
| 1995 | Johns Hopkins University School of Medicine: National Health Service Corp Fellowship |
| 2002 | Rappeport Fellowship (awarded by the American Academy of Psychiatry and the Law to four or five "outstanding residents" in the country "with interests in psychiatry and the law") |
| 2001-02 | The Laughlin Award of the National Psychiatric Endowment Foundation (awarded by the Langley Porter Psychiatric Institute for "excellence in therapeutic skills and dedication to the welfare of patients") |
| 2003 | Irving Philips, M.D. Memorial Award for Excellence in Child and Adolescent Psychiatry (awarded by the Langley Porter Psychiatric Institute) |

**MEMBERSHIPS:**

| | |
|---|---|
| 2001- | American Psychiatric Association |
| 2001- | Northern California Psychiatric Society |
| 2001- | American Academy of Child and Adolescent Psychiatry |
| 2002- | American Academy of Psychiatry and the Law |
|  | Child and Adolescent Psychiatry and the Law, Committee Member |

**LICENSES, CERTIFICATES:**

| | |
|---|---|
| 1999 | Medical License, California, A69776 (active) |
| 2003 | Qualified Medical Examiner, State of California |
| 2005 | Diplomate of the American Board of Psychiatry and Neurology; Triple Board certified in (1) Adult Psychiatry (2005)(2) Child and Adolescent Psychiatry (2008) and (3) Forensic Psychiatry (2009) |

**TEACHING EXPERIENCE:**

| | |
|---|---|
| 2002-03 | Supervised two psychiatry residents in Child Psychiatry Evaluation Clinic, UCSF |
| 2003-04 | Supervised several medical students and psychiatry residents in rotations in the Forensic Psychiatry Fellowship |
| 2006- | Assistant Clinical Professor in the Department of Psychiatry, University of California, San Francisco |

**FORENSIC EXPERIENCE:**

2003-2005
- Child custody evaluations for San Francisco Family Court
- Parenting assessments and child mental health assessments in dependency cases. Worked for the Child Trauma Project in San Francisco
- Competency to stand trial assessments, diagnostic evaluations and risk assessments for juvenile and adult criminal court including the Youth Guidance Center and the Behavioral Health Court in San Francisco
- Forensic assessment involving child trauma, including emotional, physical and sexual abuse allegations
- Workmen's compensation evaluations
- Psychiatric and violence risk assessments for Board of Prison Terms at San Quentin Prison
- Psychiatric assessments of juvenile offenders at Hillcrest Juvenile Hall in San Mateo County, California and Youth Guidance Center in San Francisco

**RESEARCH EXPERIENCE:**

| | |
|---|---|
| 1987 | Xerox grant: Worked in the traditional Chinese medicine division of the People's Hospital in Beijing. Studied the theory and effectiveness of acupuncture while teaching English to the hospital staff. |
| 1995 | National Health Service Corp Fellowship: Developed preventative health radio broadcast message and studied its effect on local child immunization practices in a small rural town in Montana. |
| 1996 | Combined pediatrics/adolescent psychiatry elective: Studied prevalence of iron deficiency in adolescents at a substance abuse clinic in Baltimore. |

**PRESENTATIONS:**

| | |
|---|---|
| 10-18-02 | Child Grand Rounds on "Role Clarification on Our Work with Children of Divorce" at UCSF |
| 6-1-04 | Lecture on Juvenile Court System at UCSF |
| 6-8-04 | Lecture on Domestic Violence and it's Impact on Children at UCSF |
| 10-13-04 | Lecture on Child Forensic Psychiatry at California Pacific Medical Center |
| 5-20-05 | Lecture on Child Forensic Psychiatry at San Mateo County Medical Center |
| 5-30-06 | Lecture on Assessment and Treatment of Juvenile Offenders at UCSF |
| 6-6-06 | Lecture on Domestic Violence and the Impact on Children at UCSF |
| 6-13-06 | Lecture on Divorce and the Role of the Child Evaluator at UCSF |
| 10-26-07 | Lecture on Child, Adolescent, Adult and Forensic Psychiatry, Career Development at American Academy of Child and Adolescent Psychiatry |
| 1-29-10 | Lecture on the Phenomena of Estrangement and Alienation in Divorce at UCSF |

## PUBLICATIONS:

| | |
|---|---|
| 2003 | Forensics Chapter for the Textbook of Child and Adolescent Psychiatry, Third Edition (Co-author: John Sikorski, M.D.) |
| 2004 | The Journal of the American Academy of Psychiatry and the Law, 2004, Volume 32, No.3, Legal Digest, p. 335-339 |
| 2006 | Divorce and Custody Chapter for Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook, Fourth Edition (Co-author: John Sikorski, M.D.) |
| 2007 | Legal and Ethical Issues in American Psychiatric Publishing Inc's Textbook of Child and Adolescent Psychiatry, (Co-author: John Sikorski, M.D.), Publication pending |

## COMMUNITY/PUBLIC SERVICE:

| | |
|---|---|
| 1995 | Provided basic health education on oral rehydration techniques and studied Spanish in Quetzaltenango: El Central Institute de Guatemala. |
| 1986-91 | Volunteered in pediatric departments of several U.S. hospitals: St. Vincent's Hospital in NYC; Mary Hitchcock Hospital in N.H. |