**J. David Nick** (SB#157687)
345 Franklin Street
San Francisco, CA 94102
Tel: (415) 552-4444
Fax: (415) 358-5897

**E. D. Lerman** (SB#241471)
695 South Dora Street
Ukiah, CA 95482
Tel: (707) 468-8300
Fax:(707) 937-2209

Attorneys for Plaintiff
**Jane Doe, a minor, and
Kristen D. Guardian ad Litem**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

* * * * * *

| | |
|---|---|
| JANE DOE, a minor, Kristen D., Guardian ad Litem, <br><br> Plaintiff, <br><br> vs. <br><br> WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1-10 <br><br> Defendants. | CASE NO.: CV 09-3655 JSW (DMR) <br><br> **STIPULATION; [PROPOSED] AGREED FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT CLINT SMITH, WITH PREJUDICE** |

Page 1 of 4
AGREED FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT, CLINT SMITH,
WITH PREJUDICE
JANE DOE V. WUSD ET AL, NO.: CV 09-3655 JSW

Dockets.Justia.com

## STIPULATION

Plaintiff, JANE DOE, a minor, by and through Kristen D., Guardian ad Litem, by and through their attorney of record, J. DAVID NICK, and Defendant CLINT SMITH, by and through his attorney of record, DANIEL F. CROWLEY, hereby stipulate and agree that an agreement has been reached between Plaintiff, JANE DOE, her Guardian ad Litem, KRISTEN D., and Defendant, CLINT SMITH, to settle and compromise all claims by and between them at issue in this matter, and that there are no further matters to be resolved between these settling parties pursuant to their agreement.

The undersigned parties through their attorney of record hereby stipulate to the forgoing statement of agreement.

Dated: June 30, 2010

_____
E. D. Lerman
Attorney for Plaintiff
JANE DOE and
KRISTEN D., Guardian ad Litem

June 30, 2010

J. David Nick
Attorney for plaintiff
JANE DOE

Dated: June 29, 2010

_____
Daniel F. Crowley
Attorney for Defendant
CLINT SMITH

Page 2 of 5
AGREED FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT, CLINT SMITH, WITH PREJUDICE
JANE DOE V. WUSD ET AL, NO.: CV 09-3655 JSW

## AGREED FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANT, CLINT SMITH, WITH PREJUDICE

This civil action is before the Court pursuant to the agreement reached between Plaintiffs and Defendant, CLINT SMITH, to settle and compromise all claims by and between them at issue in this matter. Having been advised that there are no further matters to be resolved between these settling parties and finding that there is no just reason for delay, pursuant to their agreement, it is therefore,

ORDERED AND ADJUDGED that all claims brought by Plaintiffs against Defendant, CLINT SMITH, in this civil action shall be and hereby are dismissed, with prejudice, with each party to bear its own respective costs, fees, and expenses. It is further

ORDERED AND ADJUDGED that this is a Final Judgment and that any appeal of this Order must be brought within the time provided by law from the date of entry of same.

SO ORDERED AND ADJUDGED, this the 30th day of  June , 2010.

_____
Hon. Jeffery S. White
UNITED STATES DISTRICT JUDGE