UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., guardian ad litem,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLITS UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-03655-JSW (DMR)<br><br>**ORDER RESETTING HEARING ON PLAINTIFF JANE DOE'S MOTION TO COMPEL** |

On July 9, 2010, Plaintiff Jane Doe filed a Motion to (1) Compel Production of Documents, (2) Increase Document Demands, and (3) Extend/Reopen Discovery. *See* Docket No. 133. Plaintiff noticed a hearing on the motion for August 24, 2010 at 11:00 a.m.

Per Judge Ryu's April 7, 2010 Notice of Reference and Order Re Discovery Procedures, discovery motions are heard on the second and fourth Thursdays of the month. *See* Docket No. 48, ¶ 2. Parties should confirm the Court's availability on the on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar, click link to "Scheduling Information and Unavailability") prior to noticing a hearing on a motion. *See id.*

The August 24, 2010 date noticed by Plaintiff for a hearing on her motion is not a discovery motion date occurring on the second or fourth Thursday of the month. Accordingly, the hearing is reset to **August 26, 2010 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: July 13, 2010

DONNA M. RYU
United States Magistrate Judge