IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C-09-03655-JSW (DMR) |
| Plaintiff, | **ORDER RE SCHEDULING OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | |
| WILLITS UNIFIED SCHOOL DISTRICT, et al. | **(Docket No. 133)** |
| Defendants. | |

In light of Defendants' Motion for Summary Judgment filed on July 9, 2010 (Docket No. 118) and Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment filed on July 23, 2010 (Docket No. 136), the hearing on Plaintiff's Motion to Compel Production of Documents is hereby vacated and reset to **August 12, 2010 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The briefing schedule shall be as follows:

Defendants shall be permitted until **August 2, 2010** to file their opposition to Plaintiff's Motion to Compel.

Plaintiff shall be permitted until **August 6, 2010** to file a reply brief in support of her Motion to Compel.

///

Defendants Willits Charter School and Sally Rulison shall also each file and serve a privilege log that complies with paragraph 10 of Judge Ryu's April 7, 2010 Notice of Reference and Order Re Discovery Procedures (Docket No. 48) by no later than **August 2, 2010**.

IT IS SO ORDERED.

Dated: July 27, 2010

_____
DONNA M. RYU
United States Magistrate Judge