LOUIS A. LEONE (SBN: 099874)
MARINA B. PITTS (SBN: 120973)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:  (925) 974-8600
Facsimile:  (925) 974-8601
leonel@stubbsleone.com
pittsm@stubbsleone.com

Attorneys for Defendants
WILLITS CHARTER SCHOOL and
SALLY RULISON

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., Guardian ad Litem, <br><br> Plaintiff, <br><br> vs. <br><br> WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1-40, <br><br> Defendants. | Case No.:  CV 09-3655 JSW·DMR <br><br> **STIPULATED ORDER RE DISCLOSURE DATE FOR DEFENDANTS' REBUTTAL EXPERT** |

The parties by and through their attorneys of record hereby stipulate as follows:

(1)    Pursuant to FRCP 26, the parties disclosed expert witnesses on August 3, 2010;

(2)    Defendants requested that one of plaintiff's expert, Mary McGrath, be produced for deposition, and sought dates to occur within the second week of August;

(3)    Plaintiff is unable to produce Ms. McGrath for deposition until September 13, 2010, which is subsequent to the date for disclosure of rebuttal expert

1      witnesses;

2      (4)    The parties have agreed that defendants will have to and including 10 days

3             following the completion of Ms. McGrath's deposition to disclose a rebuttal

4             expert on the subject matter of Ms. McGrath's stated expertise and

5             opinions, in order to allow defendants to make a determination as to

6             whether a rebuttal expert is needed;

7      (5)    The stipulation does not alter the court's scheduling order.

8      **IT IS SO STIPULATED:**

9

10     Dated: August 20, 2010                    LAW OFFICE OF J. DAVID NICK

11

12

13                                               J. DAVID NICK, ESQ.
                                                 Attorney for Plaintiff

14

15     Dated: August 20, 2010                    **STUBBS & LEONE**

16

17

18                                               MARINA B. PITTS, ESQ.

19                                               Attorneys for Defendants WILLITS CHARTER
                                                 SCHOOL and SALLY RULISON

20

21     **IT IS SO ORDERED:**

22

23     Dated: Aug 24, 2010

24                                               UNITED STATES MAGISTRATE JUDGE
                                                 DONNA M. RYU

25

26

27

28

STIPULATED ORDER RE DISCLOSURE DATE                          Case No. 09-3855 JSW DMR
FOR DEFENDANTS' REBUTTAL EXPERT

                                        2