|   |   |
|---|---|
| 1 | **J. David Nick** (SB#157687) |
|   | 345 Franklin Street |
| 2 | San Francisco, CA 94102 |
|   | Tel: (415) 552-4444 |
| 3 | Fax: (415) 358-5897 |
| 4 | **E. D. Lerman** (SB#241471) |
|   | 695 South Dora Street |
| 5 | Ukiah, CA 95482 |
|   | Tel: (707) 937-1711 |
| 6 | Fax:(707) 937-2209 |
| 7 |   |
|   | Attorneys for Plaintiff |
| 8 | **Jane Doe, a minor, and** |
|   | **Kristen D. Guardian ad Litem** |
| 9 |   |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

* * * * * *

| JANE DOE, a minor, through KRISTEN D., Guardian ad Litem | ) ) ) | CASE NO.:   CV 09-3655 JSW |
|---|---|---|
|   | ) | [proposed] **ORDER RE: PLAINTIFF'S** |
|   | ) | **MOTION FOR ADMINISTRATIVE** |
| Plaintiff, | ) | **RELIEF TO EXCEED** |
|   | ) | **25 PAGE LIMIT** |
| v. | ) |   |
|   | ) |   |
| WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1 through 40. | ) ) ) ) ) |   |
|   | ) |   |
| Defendants. | ) |   |

Page 1 of 3
**ORDER**

Dockets.Justia.com

<u>ORDER</u>

Satisfactory proof having been made and good cause appearing,

IT IS ORDERED THAT:

Plaintiff's Motion for Administrative Relief from the provision so Local Rule 7-4(b), limiting the briefs or memoranda filed with opposition papers to 25 pages is granted.

Plaintiff shall be permitted to exceed the page limitation by 15 pages, when filing her opposition to Defendants' motion for summary judgment.

Dated: September 8, 2010

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE