IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, a minor, through KRISTEN D., guardian ad litem,

    Plaintiff,

v.

WILLITS UNIFIED SCHOOL DISTRICT, ET AL.,

    Defendants.

No. C 09-03655 JSW

**ORDER VACATING HEARING ON WILLITS CHARTER SCHOOL'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for summary judgment which has been noticed for hearing on Friday, October 1, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE