United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

    v.

WILLITS UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C-09-03655 JSW (DMR)

**ORDER VACATING HEARING ON DEFENDANT WILLITS UNIFIED SCHOOL DISTRICT'S MOTION FOR ATTORNEY FEES**

    Defendant Willits Unified School District's Motion for Attorney Fees is set for hearing on October 14, 2010 at 11:00 a.m. The Court finds this motion suitable for disposition without oral argument and VACATES the hearing date. *See* N.D. Civ. L.R. 7-1(b). A written Report and Recommendation on the motion shall follow.

    IT IS SO ORDERED.

Dated: October 8, 2010

_____
DONNA M. RYU
United States Magistrate Judge