```
1  LOUIS A. LEONE (SBN: 099874)
   MARINA B. PITTS (SBN: 120973)
2  STUBBS & LEONE
   A Professional Corporation
3  2175 N. California Blvd., Suite 900
4  Walnut Creek, CA 94596
   Telephone:  (925) 974-8600
5  Facsimile:  (925) 974-8601
6  leonel@stubbsleone.com
   pittsm@stubbsleone.com
7
8  Attorneys for Defendants
   WILLITS CHARTER SCHOOL and
9  SALLY RULISON
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1-40,<br><br>Defendants. | Case No.: CV 09-3655 JSW DMR<br><br>**STIPULATED ORDER RE: EXPERT DEPOSITION SCHEDULE** |

The parties by and through their attorneys of record hereby stipulate as follows:

(1) Pursuant to FRCP 26, the parties disclosed expert witnesses on August 3, 2010;

(2) Defendants requested that one of plaintiff's expert, Mary McGrath, be produced for deposition, and sought dates to occur within the second week of August;

(3) It was thereafter agreed that the deposition could proceed on September 13, 2010, and a stipulated order was executed and filed;

(4) Plaintiff was unable to produce Ms. McGrath for deposition on September 13th, and the deposition was re-scheduled on October 29, 2010, and an amended stipulated order was filed;

(5) On September 23, 2010 defendants disclosed a rebuttal expert on the subject matter of Ms. McGrath's stated expertise and opinions;

(6) On September 28, 2010, the court vacated the October 1, 2010 hearing date on defendants' motion for summary judgment, finding the motion appropriate for decision without oral argument;

(7) The parties have agreed that the depositions of plaintiff's experts may be completed after receiving the court's ruling and order on defendants' motion for summary judgment;

(8) The stipulation does not alter the court's scheduling order.

IT IS SO STIPULATED:

Dated: October 27, 2010            LAW OFFICE OF J. DAVID NICK

                                   J. DAVID NICK, ESQ.
                                   Attorney for Plaintiff

Dated: October 27, 2010            STUBBS & LEONE

                                   MARINA B. PITTS, ESQ.
                                   Attorneys for Defendants WILLITS CHARTER SCHOOL and SALLY RULISON

IT IS SO ORDERED:

Dated: 11/1/10

                                   UNITED STATES MAGISTRATE JUDGE
                                   DONNA M. RYU