LOUIS A. LEONE (SBN: 099874)
MARINA B. PITTS (SBN: 120973)
CHERYL L. MACKEY (SBN: 273029)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601
E-Mail:  leonel@stubbsleone.com
E-Mail:  mackeyc@stubbsleone.com

Attorneys for Defendants
WILLITS CHARTER SCHOOL and
SALLY RULISON

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a minor, through KRISTEN D., Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>WILLITS UNIFIED SCHOOL DISTRICT, WILLITS CHARTER SCHOOL, SALLY RULISON, CLINT SMITH and DOES 1-40,<br><br>Defendants. | Case No.:   CV 09-3655 JSW<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR ABSTRACT OF JUDGMENT TO BE ISSUED IN NAME OF MINOR PLAINTIFF AND CROSS-MOTIONS TO SEAL DEFENDANTS' MOTION (DOC 206) IDENTITY OF PLAINTIFF AND TO RE-TAX COSTS |

  Plaintiff's opposition to Defendants' request for abstract of judgment to be issued in name of minor plaintiff and cross-motions to seal Defendants' motion (Doc 206) identify of plaintiff and to re-tax costs was filed on September 25, 2012 and Defendants Willits Charter School and Sally Rulison's opposition was filed on October 4, 2012.

  After full consideration of the moving papers, the opposition thereto, and the authorities cited by the parties, the Court hereby denies plaintiff's motion in its entirety.

[PROPOSED] ORDER DENYING PLAINTIFF'S OPPOSITION TO ISSUE JUDGMENT IN NAME OF IDENTITY OF MINOR PLAINTIFF AND TO RE-TAX COSTS   Case No. 09-3655 JSW

1

Specifically, the Court finds that Defendants' abstract of judgment has been issued and properly recorded; plaintiff's correct name is required to enforce the judgment pursuant to C.C.P. § 674(a)(4); the request to seal Defendants' motion is no longer warranted; and plaintiff's motion to re-tax costs is untimely, as plaintiff failed to file a timely objection to Defendants' bill of costs as dictated by Civ. L.R. 54-2.

**IT IS SO ORDERED.**

Dated:  November 13 , 2012

_____
HON. JEFFREY S. WHITE
Judge of the United State District Court
Northern District of California

[PROPOSED] ORDER DENYING PLAINTIFF'S OPPOSITION TO
ISSUE JUDGMENT IN NAME OF IDENTITY OF MINOR
PLAINTIFF AND TO RE-TAX COSTS

Case No. 09-3655 JSW